IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-41356
Summary Calendar
_____

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

BETH LINETTE THOMAS,

Defendant-Appellant.

- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 4:97-CR-41
- - - - - - - - - -
July 16, 1998

Before JONES, SMITH and STEWART, Circuit Judges.

PER CURIAM:*

Court-appointed counsel for Beth Linette Thomas has filed a brief as required by Anders v. California, 386 U.S. 738 (1967). Our independent review of the brief and record discloses no nonfrivolous issue. Accordingly, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. Thomas' motion for appointment of counsel is DENIED.

_____

* Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.